TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Julio Cesar Hernandez Arevalo, | Case No. 2:26-cv-00651-CDS-DJA |
| Petitioner | **Joint Stipulation Dismissing Petition as Moot** |
| v. | |
| John Mattos, *et al.*, | |
| Respondents | |

On March 16, 2026, Petitioner Julio Cesar Hernandez Arevalo was removed from the United States to El Salvador. Accordingly, Mr. Hernandez Arevalo and Federal Respondents Pamela Bondi, Markwayne Mullin, and Michael Bernacke, by and through their undersigned counsel, hereby stipulate and agree

///
///
///
///
///
///
///

that the petition for writ of habeas corpus in this case be dismissed as moot.

Respectfully submitted this 26th day of March 2026.

LAW OFFICE OF DAVID E. WALTERS

/s/ David E. Walters
DAVID E. WALTERS
State Of Nevada Bar No.: 7203
4060 E. Russell Rd., Ste. 100
Las Vegas, NV 89120
702-405-6666
*Attorney for Petitioner*

TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

Based on the parties' stipulation, the petition for writ of habeas corpus is dismissed as moot. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED:   March 26, 2026

2